IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HAROLD B. HOLLOWAY**                                                                                      **PETITIONER**

v.                                **CASE NO. 5:15CV00156 BSM**

**WENDY KELLEY, Director of the**
**Arkansas Department of Correction**                                                                **RESPONDENT**

### ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Beth Deere have been received, along with the objections thereto. After a careful review of the findings and recommendations, the objections, and a *de novo* review of the record, it is concluded that the findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects. Accordingly, the petition is hereby dismissed without prejudice.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no issue on which the petitioner has made a substantial showing of a denial of a constitutional right, the certificate of appealability is denied.

IT IS SO ORDERED this 11th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE